| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7/20/2020 |

PERRY LOPEZ

                    Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCATION, JENNIFER ADE, *Principal P.S. 46*, AND NITZA BELLAMY, *Asst. Principal P.S. 46*

                    Defendants.

No. 17-CV-9205 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 19, 2019, Plaintiff Perry Lopez, proceeding *pro se*, filed his Amended Complaint, Dkt. 25, and on November 4, 2019, Defendants moved to dismiss, Dkt. 28. On January 2, 2020, Plaintiff filed his opposition, attaching excerpts of various emails that Plaintiff sent or received while employed at P.S. 46. Dkt. 38. Defendants replied in support of their motion on January 30, 2020. Dkt. 41. In their reply brief, Defendants reference certain emails with even-numbered page numbers. *See, e.g.*, Dkt. 41 at 5 (citing emails at A010 and A026-A028, among others). Plaintiff's opposition filed on the docket, however, appears to only include the odd-numbered pages. *See* Dkt. 38 at 12-26. No later than 5:00 p.m. on Wednesday, July 22, 2020, Defendants shall file a letter confirming that their citations to the emails are accurate, and if so, they shall also file all of the emails, including the even-numbered pages, on the docket.

      Defendants shall provide a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   July 20, 2020
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge