| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10/5/2020 |

PERRY LOPEZ,

                Plaintiff,

      v.

NEW YORK CITY DEPARTMENT OF EDUCATION *et al.*,

                Defendants.

17-CV-9205 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 28, 2020, the Court issued an opinion granting Defendants' motion to dismiss Plaintiffs' Amended Complaint. *See* Dkt. 44. In that opinion, the Court also granted Plaintiff leave to amend the complaint no later than September 28, 2020. *See id.* at 30. To date, Plaintiff has not done so. Accordingly, the Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.

Dated:    October 5, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge