**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PERRY LOPEZ,

                      Plaintiff,

      -against-                                         17 **CIVIL** 9205 (RA)

                                                           **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION *et al.*,

                      Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 5, 2020, on July 28, 2020, the Court issued an opinion granting Defendants' motion to dismiss Plaintiff's Amended Complaint. *See* Dkt. 44. In that opinion, the Court also granted Plaintiff leave to amend the complaint no later than September 28, 2020. *See id.* at 30. To date, Plaintiff has not done so: accordingly, this case is closed.

**Dated:**  New York, New York
            October 6, 2020

                                                           **RUBY J. KRAJICK**
                                                            _____
                                                                **Clerk of Court**
                                          **BY:**
                                                                **Deputy Clerk**