```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERRY LOPEZ,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION, JENNIFER ADE, *Principal P.S. 46*¸ AND NITZA BELLAMY, *Asst. Principal P.S. 46*,

                Defendants.

No. 17-cv-9205 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold a conference in this case on January 12, 2023 at 2:00 p.m. to address the pending Motion to Dismiss the Second Amended Complaint. The conference will be held telephonically unless the parties prefer otherwise. The parties may access the conference with the following information: Dial-In Number (888) 363-4749; Access Code 1015508#. This line will be publicly accessible.

    If the scheduled date and time is inconvenient for the parties, the parties shall confer and propose an alternate date.

SO ORDERED.

Dated:    January 3, 2023
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge