

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERRY LOPEZ,

        Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

        Defendants.

17-CV-09205 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated January 31, 2023 (the Order) (Dk. 72), the Court scheduled a settlement conference for March 1, 2023. Additionally, the Order directed the parties to conduct at least one good-faith settlement discussion in advance of the conference and to submit confidential pre-settlement conference letters by email, limited to six pages, with any attachments "kept to a minimum." Order ¶ 3. Those pre-settlement conference letters were due by February 22, 2023. *Id*.

By letter dated February 23, 2023 (Dkt. 77), defendant DOE requests that the conference be adjourned, and represents that plaintiff Lopez does not oppose the adjournment. Defendant's request is GRANTED. The settlement conference scheduled for March 1, 2023 is ADJOURNED to **April 27, 2023, at 2:15 p.m.** The parties' updated confidential settlement submissions are due by **April 20, 2023**.

The Court takes this opportunity to note that plaintiff Lopez, who is representing himself, sent a series of 13 emails to the Court between 7:01 p.m. Tuesday night and 1:26 p.m. Thursday afternoon. Attached to those emails were (1) his pre-settlement conference letter, which was rendered in 9-point font but still exceeded the six-page limit; (2) his Acknowledgment Form; and (3) more than 20 additional attachments (some submitted multiple times), most of which appear to be evidentiary items or "artifacts." Many of the attached documents are highlighted and/or annotated, presumably by plaintiff.

Plaintiff is reminded that the proceeding now rescheduled for April 27, 2023, is a settlement conference, not a trial, and will take place over a span of hours, not days. As difficult as it may be to "boil down" his surviving claims for discussion at the conference, that is precisely what he must do to comply with this Court's Order and make efficient use of the opportunity. Thus, when plaintiff submits his updated settlement letter, on or before April 20, 2023, it must be limited to six pages (in 12-point font) and may attach a *maximum* of 20 pages of exhibits.

Plaintiff is further reminded that his updated settlement letter must include a brief description of the parties' settlement negotiations to date, including the date and time of their last good-faith settlement discussion and the terms of each party's most recent demand or offer.

Dated: New York, New York
February 24, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**