

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**TRACI KRASNE**
Labor and Employment Law Division
Phone: (212) 356-2451
Email: trkrasne@law.nyc.gov

May 25, 2023

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

        Re: <u>Perry Lopez v. New York City Department of Education, et al.</u>
            No. 17-CV-9205 (RA) (BCM)

Dear Judge Abrams:

      I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants New York City Department of Education ("DOE"), Jennifer Ade, Principal of P.S. 46, and Nitza Bellamy, Assistant Principal of P.S. 46 in this matter.[1] On April 27, 2023, the parties attended a settlement conference with Magistrate Judge Moses. On May 4, 2023, Judge Moses issued an order sanctioning the Law Department and the New York City Department of Education in connection with their participation in the settlement conference. <u>See</u> ECF Dkt. No. 85. On May 18, 2023, Defendants filed Rule 72 Objections to this Order with a request to file their Objections under seal in full. <u>See</u> ECF Dkt. Nos. 88-89. On May 24, 2023, this Court denied Defendants' request but allowed Defendants to propose redactions to these documents and justify the need for such redactions, consistent with <u>Lugosch v. Pyramid Co.</u>, 435 F.3d 110, 119-21 (2d Cir. 2006). <u>See</u> ECF Dkt. No. 92. The Court did not give Defendants a deadline to submit redacted Rule 72 Objections. <u>See</u> ECF Dkt. No. 92.

      Defendants plan on submit proposed redactions along with an explanation of and justification for each redaction. However, I have a pre-planned vacation and will be out of the country from May 26, 2023 through June 1, 2023, and am returning to the office on June 2, 2023.

---

[1] Individually named defendants Jennifer Ade and Nitza Bellamy were dismissed from this case. <u>See</u> ECF Dkt. No. 73, at 3:9-10.

- 2 -

In light of this, Defendants respectfully request that the Court permit them to submit their proposed redactions by June 9, 2023.

    Defendants thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Traci Krasne*
Traci Krasne
Assistant Corporation Counsel

cc:    Perry Lopez (By First Class Mail and Email)
Plaintiff Pro Se
22 Angus Court
Jackson, New Jersey 08527
(718) 514-4852
perrylopez@yahoo.com

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 26, 2023