UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PERRY LOPEZ,

                                              Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, JENNIFER ADE, Principal of
P.S. 46; NITZA BELLAMY, Assistant Principal
of P.S. 46,

                                              Defendants.

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/25

**MEMO ENDORSED**

17-CV-9205 (LTS)(BCM)

### ~~PROPOSED~~ ORDER – WITHDRAWAL OF COUNSEL

The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendants, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated: New York, New York
       June 13, 2025

                                              JACKSON LEWIS P.C.

                                              By: */s/ Traci Krasne*
                                              Traci Krasne
                                              666 Third Ave, 28th Floor
                                              New York, NY 10017
                                              (212) 545-4038
                                              Traci.Krasne@jacksonlewis.com

Cc:    Perry Lopez (By First Class Mail)
        22 Angus Court
        Jackson, New Jersey 08527
        *Plaintiff, Pro Se*

        Amit Parab, *Defendants' Counsel* (By ECF)

> The Clerk of Court is respectfully directed to terminate attorney Krasne as counsel of record for defendants. SO ORDERED.

*[signature]*
Magistrate Judge Barbara Moses
June 16, 2025