USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERRY LOPEZ,

    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

    Defendant.

17-CV-9205 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On June 17, 2025, this Court directed the parties to submit a joint status letter, no later than October 2, 2025, in advance of the conference scheduled for October 9, 2025. (Dkt. 108 ¶ 8.) To date, the parties have not submitted a joint status letter.

It is hereby ORDERED that the parties must submit a joint status letter no later than **October 7, 2025 at noon**.

Dated: New York, New York
       October 6, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**