```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERRY LOPEZ,

    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

    Defendant.

17-CV-9205 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's status conference:

1. The fact discovery deadline is EXTENDED to **October 31, 2025**, for the limited purpose of allowing plaintiff to depose Principal Jennifer Ade.

2. No later than **November 3, 2025**, counsel for defendant must submit a status letter, advising the Court as to the status of discovery, including whether either party intends to present expert evidence.

3. Plaintiff is reminded that his deadline for expert disclosures, in accordance with Fed. R. Civ. P. 26(a)(2), is **November 14, 2025**.

Dated: New York, New York
       October 9, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**