```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERRY LOPEZ,

    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

    Defendant.

17-CV-9205 (LTS) (BCM)

**ORDER**

**MEMO ENDORSED**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has reviewed the parties' joint status letter. (Dkt. 116.) It is hereby ORDERED that a telephonic discovery conference through WebEx will be held on **November 12, 2025 at 10:00am**, in order to finalize an expert discovery schedule. The parties must dial 855-244-8681 and enter the access code 2314 181 4376 a few minutes before the scheduled time. Counsel in attendance must observe the same decorum as they would at an in-person conference.

Dated: New York, New York
       November 4, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**