```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/12/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERRY LOPEZ,

        Plaintiff,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

17-CV-9205 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court conducted a telephonic discovery conference on November 12, 2025. Defendant appeared through counsel. Plaintiff did not appear.

The current deadline for expert disclosures is November 14, 2025. (Dkt. 115.) If the plaintiff requires additional time to make his expert disclosures, he must *promptly* make a written application for an extension of that deadline to this Court, in compliance with Moses Ind. Prac. ¶¶ 1(b), 2(a), and he must be specific as to why he is unable to meet the current deadline and how much additional time he requires.

Dated: New York, New York
       November 12, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**