USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/22/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERRY LOPEZ,

        Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

        Defendant.

17-CV-9205 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's "Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26" (Dkt. 130), in which he identifies two of his treating physicians, Dr. Shahan Syed and Dr. Avraham Henoch, as potential fact witnesses, and states that he "[is] submitting" his relevant medical records. Initial Disclosures at ECF p. 9. It is unclear to this Court whether plaintiff has in fact produced his medical records to defendant.

If defendant intends to present any expert testimony, it must make its expert disclosures by **January 17, 2026**. Likewise, if defendant wishes to depose Dr. Syed or Dr. Henoch, or believes it is entitled to additional discovery concerning their testimony or records, it must make the necessary arrangements (including the service of subpoenas, if necessary) by **January 17, 2026**.

No later than **January 21, 2026**, the parties must submit a joint letter (to be prepared by defendant's counsel in consultation with the pro se plaintiff) advising the Court: (a) whether discovery is complete; (b) if not, what additional discovery is requested; and (c) whether any party intends to move for summary judgment and, if so, as to what claims or issues.

Dated: New York, New York
      December 22, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**